# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSEPH V. NAON,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Acting Commissioner of the Social Security Administration,<br><br>                Defendant. | No. C11-1501-MJP-MAT<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Plaintiff's Motion, and that Defendant has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including December 28, 2011, to file the Opening brief; and
- Defendant shall have up to and including January 25, 2012, to file the Responsive brief; and
- Plaintiff shall have up to and including February 8, 2012, to file the Reply brief.

/

//

ORDER
(C11-1501-MJP-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
(206) 622-8000

1       DATED this 14th day of December, 2011.

2

3

4                                                Mary Alice Theiler
                                               United States Magistrate Judge

5

6 Presented by:

7 s/Sandra Widlan
  SANDRA WIDLAN
8 Attorney for Plaintiff
  Schroeter Goldmark & Bender
9 810 Third Avenue, Suite 500
  Seattle, WA 98104
10 Phone: (206) 622-8000
  widlan@sgb-law.com
11

ORDER
(C11-1501-MJP-MAT)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000