```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
```

JOSEPH V. NAON,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

CASE NO. C11-1501-MJP

ORDER AFFIRMING COMMISSIONER

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court AFFIRMS the decision of the Commissioner; and

    (3)    The Clerk shall direct copies of this Order to the parties and to Judge Theiler.

DATED this 4th day of April, 2012.

MARSHA J. PECHMAN
Chief United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1